In the Matter of SYNTHIA CHINA BLAST, Appellant.

Submitted June 1, 2010; decided July 1, 2010

Motion, insofar as it seeks leave to appeal from the January 2010 Supreme Court order, dismissed upon the ground that it does not lie (see CPLR 5602 [a]); motion, insofar as it seeks leave to appeal from the April 2010 Appellate Division order, dismissed upon the ground that it does not finally determine the proceeding within the meaning of the Constitution.

JULIETTE DEJOIE CADICHON et al., Appellants, v THOMAS FACELLE, M.D., et al., Respondents.

Decided July 1, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

JOAN COCCIA, Respondent, v THOMAS F. LIOTTI, Appellant.

Submitted May 24, 2010; decided July 1, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.